O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> LARRY TYRONE SETTLES, ) <br> ) <br> Defendant. ) <br> ) <br> _____) | CASE NO. CR08-633-CAS <br><br> AMENDED SUPERVISED RELEASE REVOCATION AND JUDGMENT |

On December 14, 2010, this matter came before the Court on a petition to show cause why supervised release should not be revoked filed December 14, 2010. The Government, Heather Gorman and Ellen Lindsey, the defendant and his appointed attorney, Humberto Diaz, Deputy Federal Public Defender, were present. The U.S. Probation Officer, Michelle Armstrong, was also present.

The defendant admits the allegation in violation of the Petition on Probation and Supervised Release filed on December 14, 2010.

The Court finds that the defendant is in violation of the terms and conditions of his supervised release as set forth in the Judgment and Probation/Commitment Order of July 31, 1998. The defendant's supervised release is hereby revoked. The defendant is committed to the custody of the Bureau of Prisons for a term of twenty (20) months, which is to be served consecutively to the term of imprisonment imposed in the Superior Court of California, County of Los Angeles, Case No. BA340466.

Upon release from imprisonment, it is recommended that the defendant be placed on supervised release for a period of forty (40) months, under the same terms and conditions previously imposed, with the following added conditions:

1) Defendant shall comply with General Orders 01-05 and 05-02;

2) The defendant shall reside at, participate in and complete an approved residential drug treatment and counseling program approved by the U. S. Probation Office, that includes urinalysis, saliva and/or sweat patch testing for treatment of narcotic addiction or drug dependency. He shall comply with all rules and regulations of the treatment program until discharged by the Program Director with the approval of the Probation Officer;

3) Defendant shall submit to one (1) drug test within fifteen (15) days of release from imprisonment and at least two (2) periodic drug tests thereafter, not to exceed eight (8) tests per month, as directed by the Probation Officer, pursuant to 18 USC 3583(d); and

4) Defendant shall submit his person, residence, office, vehicle, or other area under the supervisee's control, to a search, conducted by a United States Probation Officer or other law enforcement officer under the direction and control of the Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision; failure to submit to a search may be grounds for revocation; the defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition.

The Court recommends defendant participate in the Bureau of Prisons 500-hour Drug and Alcohol Program.

///

///

///

///

1  IT IS ORDERED that the Clerk deliver a copy of this judgment to the United States
2  Marshal or other qualified officer and that said copy shall serve as the commitment of
3  defendant.

5  FILE/DATED:  January 5, 2011

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE


TERRY NAFISI, CLERK OF COURT


By: ___/S/_____
     Catherine M. Jeang, Deputy Clerk

3